**Order entered May 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00649-CR

### JASON RAY SMITH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 204th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F08-14302-Q

## ORDER

The Court **GRANTS** the May 15, 2013 motion of Kathleen Walsh to withdraw as counsel. We **DIRECT** the Clerk to remove Kathleen Walsh and the Dallas County Public Defender's Office as appellant's attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to transmit the order appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to the Honorable Lena Levario, Presiding Judge, 204th Judicial District Court.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated fifteen days from the date of this order or when the order appointing counsel is received.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE